IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SEOUL GUARANTEE INS. CO., | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:08mc3422-MHT |
| | ) | (WO) |
| YOUNG JIK SHON, | ) | |
| | ) | |
|     Respondent. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Respondent Young Jik Shon's emergency motion to set aside judgment and to quash writs of garnishment (Doc. No. 13) is granted.

(2) The writs of garnishment (Doc. Nos 8, 9, 10, 11, and 12) against Bank of America, N.A., Morgan Keegan & Company, Inc., My Tech Alabama, Inc., Regions Bank, N.A., and SCA, Inc. are quashed.

(3) The applications for writs of garnishment (Doc. Nos. 3, 4, 5, 6, and 7) against Bank of America, N.A.,

Morgan Keegan & Company, Inc., My Tech Alabama, Inc., Regions Bank, N.A., and SCA, Inc. are denied.

(4) The certificate of judgment (Doc. No. 2) is vacated.

(5) Petitioner Seoul Guarantee Insurance Company's petition to register a foreign judgment (Doc. No. 1) is denied.

DONE, this the 15th day of December, 2008.

                                /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**